UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

               -v-                                      17-CR-643 (PAE)

JAMEL MCRAE,                                  ORDER

                       Defendant.

PAUL A. ENGELMAYER, District Judge:

      The Court has received defendant Jamel Mcrae's motion for compassionate release.  Dkt. 46.  The Government's response is due by January 14, 2021.  The Court does not invite a reply.

      SO ORDERED.

                                                *Paul A. Engelmayer*
                                          PAUL A. ENGELMAYER
                                          United States District Judge

Dated:  December 28, 2020
          New York, New York