UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

      -against-                                           **ORDER** 17 Cr. 643
                                                                    (PAE)

JAMEL MCRAE,

                Defendant.
------------------------------------------------------------X

PAUL A. ENGELMAYER, U.S.D.J.:

       WHEREAS, pursuant to an Order from this Court dated January 15, 2021 (Dkt. No. 49), defendant Jamel Mcrae's motion for compassionate release (Dkt. No. 46) was granted, on the condition that the first twelve months following his release be spent under strict conditions of home confinement;

       WHEREAS this Court directed the Government and the defendant, in consultation with the Probation Department, to submit a proposed order setting forth the conditions of home confinement;

       It is hereby ORDERED that the following conditions of supervised release will apply to the defendant upon his release from custody, in addition to the standard and special conditions of supervised release imposed during the defendant's sentencing on October 25, 2018:

       1.     Upon his release from Allenwood Low Federal Correctional Institution, the defendant shall proceed immediately to 101 W. 140th St. #54, New York, NY 10030, and must notify U.S. Probation Officer Larren Riley (646-438-5971) immediately upon his arrival to receive further instruction.

2. The defendant shall serve the first 12 months of his four-year term of supervised release on home detention, enforced with technology determined at the discretion of the Probation Department, at a residence approved by the Probation Department. The defendant must self-quarantine at the residence for the initial 14 days prior to any in-person contact.

3. During the 12-month period of home detention, the defendant must remain at his approved residence except for medical or employment reasons—including outpatient drug and mental health treatment approved by the Probation Department—with prior notice and approval by the Probation Department.

4. The defendant is to possess or have access to a telephone that will allow video conferencing by the Probation Department.

SO ORDERED:

*Paul A. Engelmayer*

HON. PAUL A. ENGELMAYER
United States District Judge

DATED: January 19, 2021 NEW YORK, NEW YORK